James H.M. Sprayregen, P.C.
Edward O. Sassower
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ryan Blaine Bennett (admitted *pro hac vice*)
Paul Wierbicki (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSIGHT HEALTH SERVICES HOLDINGS CORP., et al.,[1] | ) ) ) | Case No. 10-16564 (AJG) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF FILING OF AMENDED EXHIBITS TO**
**PLAN SUPPLEMENT FOR DEBTORS' PREPACKAGED JOINT**
**<u>CHAPTER 11 PLAN OF REORGANIZATION</u>**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: InSight Health Services Holdings Corp. (0028); InSight Health Services Corp. (2770); Comprehensive Medical Imaging Centers, Inc. (6946); Comprehensive Medical Imaging, Inc. (2473); InSight Health Corp. (8857); Maxum Health Services Corp. (5957); North Carolina Mobile Imaging I LLC (9930); North Carolina Mobile Imaging II LLC (0165); North Carolina Mobile Imaging III LLC (0251); North Carolina Mobile Imaging IV LLC (0342); North Carolina Mobile Imaging V LLC (0431); North Carolina Mobile Imaging VI LLC (0532); North Carolina Mobile Imaging VII LLC (0607); Open MRI, Inc. (1529); Orange County Regional PET Center - Irvine, LLC (0190); Parkway Imaging Center, LLC (2858); and Signal Medical Services, Inc. (2413). The location of the Debtors' corporate headquarters and the Debtors' service address is: 26250 Enterprise Court, Suite 100, Lake Forest, California 92630.

K&E 18309227

**PLEASE TAKE NOTICE** that, on December 10, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 23] (as amended from time to time, the "Plan"), pursuant to which certain materials were to be filed as the Plan Supplement.[2]

**PLEASE TAKE FURTHER NOTICE** that, on January 18, 2011, the Debtors filed the Plan Supplement [Docket No. 134], which, among other things, had attached (a) certain corporate governance documents that will govern the reorganized Debtors and set forth certain rights and obligations of the holders of new common stock in the reorganized Debtors, as Exhibit D and (b) the warrant agreement that provides terms for the warrants described in the Plan, as Exhibit F.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file the following agreed-upon, amended exhibits to the Plan Supplement:

**Exhibit D-1:** Amended New Certificates of Incorporation

**Exhibit D-2:** Amended New By-Laws

**Exhibit D-3:** Amended Stockholders Agreement

**Exhibit F:** Amended Warrant Agreement

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Plan Supplement and other documents filed in or related to the Debtors' chapter 11 cases may be obtained free of charge from BMC Group, Inc., the notice and claims agent in these chapter 11 cases, by: (a) calling the Debtors' restructuring hotline at (888) 909-0100; (b) visiting the Debtors' restructuring website at www.bmcgroup.com/insight; or (c) writing to BMC Group, Inc., Attn: Insight Health Claims Processing Center, P.O. Box 3020, 2335 Chanhassen, Minnesota 55317.

---

[2] Capitalized terms used but not otherwise defined herein or in the exhibit attached to this notice shall have the meanings ascribed to them in the Plan.

You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at www.nysb.uscourts.gov.

New York, New York  
Dated: January 27, 2011     */s/ Ryan Blaine Bennett*  
James H.M. Sprayregen, P.C.  
Edward O. Sassower  
KIRKLAND & ELLIS LLP  
601 Lexington Avenue  
New York, New York 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900  

- and -

Ryan Blaine Bennett (admitted *pro hac vice*)  
Paul Wierbicki (admitted *pro hac vice*)  
KIRKLAND & ELLIS LLP  
300 North LaSalle Street  
Chicago, Illinois 60654  
Telephone: (312) 862-2000  
Facsimile: (312) 862-2200  

Counsel to the Debtors and Debtors in Possession