James H.M. Sprayregen, P.C.
Edward O. Sassower
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

   - and -

Ryan Blaine Bennett (admitted *pro hac vice*)
Paul Wierbicki (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois  60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200

Counsel to the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| INSIGHT HEALTH SERVICES HOLDINGS CORP., et al.,[1] | Case No. 10-16564 (AJG) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING**
**DEBTORS' PREPACKAGED JOINT CHAPTER 11 PLAN**
**OF REORGANIZATION, (II) OCCURRENCE OF EFFECTIVE DATE**
**AND (III) ESTABLISHMENT OF CERTAIN BAR DATES**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: InSight Health Services Holdings Corp. (0028); InSight Health Services Corp. (2770); Comprehensive Medical Imaging Centers, Inc. (6946); Comprehensive Medical Imaging, Inc. (2473); InSight Health Corp. (8857); Maxum Health Services Corp. (5957); North Carolina Mobile Imaging I LLC (9930); North Carolina Mobile Imaging II LLC (0165); North Carolina Mobile Imaging III LLC (0251); North Carolina Mobile Imaging IV LLC (0342); North Carolina Mobile Imaging V LLC (0431); North Carolina Mobile Imaging VI LLC (0532); North Carolina Mobile Imaging VII LLC (0607); Open MRI, Inc. (1529); Orange County Regional PET Center - Irvine, LLC (0190); Parkway Imaging Center, LLC (2858); and Signal Medical Services, Inc. (2413). The location of the Debtors' corporate headquarters and the Debtors' service address is: 26250 Enterprise Court, Suite 100, Lake Forest, California 92630.

K&E 18485076

**PLEASE TAKE NOTICE** that on December 10, 2010, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Prepackaged Joint Chapter 11 Plan of Reorganization* [Docket No. 23] (the "Plan") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that on January 28, 2011, the Bankruptcy Court entered an order [Docket No. 187] (the "Confirmation Order"), signed by the Honorable Arthur J. Gonzalez, Chief United States Bankruptcy Judge for the Southern District of New York, confirming the Plan.[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the satisfaction or waiver of the conditions set forth in Article X.B of the Plan, the Debtors emerged from their court-supervised restructuring, and the Plan became effective, on March 23, 2011 (the "Effective Date").

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order and other materials (including all Plan Supplement documents) are available on the Court's website at www.ecf.nysb.uscourts.gov and, for no charge, at the website of the Debtors' notice and claims agent, BMC Group, Inc., at www.bmcgroup.com/insight. Further information may be obtained by calling BMC Group, Inc. at (888) 909-0100.

**PLEASE TAKE FURTHER NOTICE** that the Plan established the following bar dates (each a "Bar Date") for the following categories of Claims:

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan or Confirmation Order, as applicable.

2

| Claims | Bar Date |
|---|---|
| - Priority Tax Claims;<br>- Claims for escheatment or unclaimed property; and<br>- Claims otherwise Priority Tax Claims or Claims for escheatment or unclaimed property but for the fact that such Claims arose prior to the applicable statutory period set forth by section 507(a)(8) of the Bankruptcy Code. | **June 8, 2011** |
| Administrative Claims | **April 22, 2011** |
| Cure claims arising out of assumption of an executory contract or unexpired lease | **April 22, 2011** |
| Fee Claims of any Retained Professionals or other Entities for professional services rendered before the Confirmation Date | **April 22, 2011** |

**PLEASE TAKE FURTHER NOTICE** that all Claims subject to a Bar Date must be filed with the Bankruptcy Court and the original delivered by first-class mail, overnight delivery or hand delivery so as to be received ***no later*** than the applicable Bar Date listed above to the following address: BMC Group, Inc., P.O. Box 2030, Chanhassen, Minnesota 55317, Attn: InSight Health Services Claims Processing.

**PLEASE TAKE FURTHER NOTICE** that all Claims subject to a Bar Date must be submitted in a form in accordance with the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules for the Southern District of New York. All such Claims for which a Proof of Claim is not timely filed will be forever barred from assertion against the Debtors or the Reorganized Debtors, their Estates and their property unless otherwise ordered by the Bankruptcy Court. All such Claims shall be deemed discharged as of the Effective Date. **SHOULD YOU FAIL TO FILE A TIMELY REQUEST FOR ALLOWANCE OF A CLAIM SUBJECT TO A BAR DATE, SUCH CLAIM SHALL NOT BE ALLOWED BY THE BANKRUPTCY COURT OR PAID BY THE DEBTORS OR THEIR ESTATES.**

**PLEASE TAKE FURTHER NOTICE THAT THE PLAN AND CONFIRMATION ORDER CONTAIN OTHER PROVISIONS THAT MAY AFFECT YOUR RIGHTS. YOU ARE ENCOURAGED TO REVIEW THE PLAN AND CONFIRMATION ORDER IN THEIR ENTIRETY.**

New York, New York  
Dated: March 23, 2011

*/s/ Ryan Blaine Bennett*
James H.M. Sprayregen, P.C.
Edward O. Sassower
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Ryan Blaine Bennett (admitted *pro hac vice*)
Paul Wierbicki (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Counsel to the Debtors and
Debtors in Possession

K&E 18485076